IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| JEFFREY HUNTER, individually and as next friend of J.H. and A.H., Plaintiff | ) ) ) ) ) |
| vs. | ) ) |
| KATHRYN O'DAY, in her official capacity as Commissioner of the Tennessee Department of Children's Services, /ANNE AUSTIN, individually, DORIS DENTON, individually, JENNIFER FISHER, individually, SHANNON VICKERS, individually, JENNIFER COTHERN, individually, Defendants | ) ) ) ) ) ) ) ) ) ) |

CASE NO.: 2:12-cv-00085
<u>JURY DEMAND</u>

## MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE

Plaintiffs, through counsel, move this court for an order continuing the Initial Case Management Conference currently set for October 1, 2012 at 3:00 p.m. As grounds for this motion Plaintiff will show that five of the six defendants named in the suit have not been served with process.

RESPECTFULLY REQUESTED,

/s/ Melanie Lane
MELANIE LANE, BPR #26423
Attorney for Plaintiff
P.O. Box 797
Jamestown, TN 38556
(931) 879-8144 *telephone*
(931) 879-8145 *facsimile*
mlane@romerlane.com