Case 2:12-cv-00085 Document 7 Filed 09/27/12 Page 1 of 1 PageID #: 24

/s/ Kevin H. Sharp

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| **JEFFREY HUNTER, individually** ) | |
| and as next friend of J.H. and A.H., ) | |
| Plaintiff ) | CASE NO.: 2:12-cv-00085 |
| ) | **JURY DEMAND** |
| ) | |
| vs. ) | |
| ) | |
| **KATHRYN O'DAY, in her official** ) | |
| capacity as Commissioner of the ) | |
| Tennessee Department of Children's ) | |
| Services, ) | |
| /**ANNE AUSTIN**, individually, ) | |
| **DORIS DENTON**, individually, ) | |
| **JENNIFER FISHER**, individually, ) | |
| **SHANNON VICKERS**, individually, ) | |
| **JENNIFER COTHERN**, individually, ) | |
| Defendants ) | |

## MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE

Plaintiffs, through counsel, move this court for an order continuing the Initial Case Management Conference currently set for October 1, 2012 at 3:00 p.m. As grounds for this motion Plaintiff will show that five of the six defendants named in the suit have not been served with process.

RESPECTFULLY REQUESTED,

/s/ Melanie Lane
MELANIE LANE, BPR #26423
Attorney for Plaintiff
P.O. Box 797
Jamestown, TN 38556
(931) 879-8144 *telephone*
(931) 879-8145 *facsimile*
mlane@romerlane.com