IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| JEFFREY HUNTER ) | |
| ) | Case No. 2:12-0085 |
| v. ) | JUDGE SHARP |
| ) | |
| JAMES M. HENRY, et al., ) | |
| ) | |

**O R D E R**

Pursuant to the Stipulation of Dismissal of Jennifer Cothern (Docket No. 43) filed by the parties, Defendant Jennifer Cothern is hereby dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE